**Daniel DAVID, Petitioner–Appellant,**

v.

**Kenny ATKINSON, Respondent–Appellee,**

and

**United States of America, District of Columbia; Federal Bureau of Prisons; Eric H. Holder, Jr., United States Attorney General, Respondents.**

No. 13–7423.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 29, 2014.

Decided: Feb. 5, 2014.

Daniel David, Appellant Pro Se.

Before MOTZ, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Daniel David seeks to appeal the district court's order adopting the magistrate judge's recommendation and recharacterizing David's 28 U.S.C. § 2241 (2012) petition as a 28 U.S.C. § 2255 (2012) motion. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order David seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED.*